UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TOHO CLIFLAND MEYER, | Case No. CV 08-8288 MMM (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL MUKASEY, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice to petitioner's ability to exhaust his administrative remedies.

Dated: June 22, 2009

_____
Margaret M. Morrow
United States District Judge